UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN GALLIGAN,

    Plaintiff,

v.     Case No. 8:08-cv-2427-T-33TGW

RAYTHEON COMPANY,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to the parties' stipulation (Doc. # 19), which was filed on February 6, 2009.

The parties advise the Court that Susan L. Levine is a former legal assistant at the law firm of Hill Ward & Henderson, counsel for Raytheon, and that while employed at Hill Ward & Henderson, Ms. Levine worked on <u>Sher v. Raytheon Company</u> and <u>Swartout v. Raytheon Company</u>, cases, like the present case, which allege groundwater contamination from a Raytheon facility at 1501 72nd Street North in St. Petersburg, Florida.

Ms. Levine left Hill Ward & Henderson's employ and became a legal assistant at the law firm of de la Parte & Gilbert, P.A., which represents the plaintiff in the present case. Ms. Levine and de la Parte & Gilbert, P.A. have filed affidavits affirming (1) that Ms. Levine has not had and will not have

any involvement or communications with anyone (whether at de la Parte & Gilbert, P.A., or otherwise) concerning any of the Raytheon lawsuits, and (2) that de la Parte & Gilbert, P.A. has initiated a screening measure prohibiting Ms. Levine from working on, or having any communications concerning this case or any other Raytheon litigation.

Accordingly, this Court approves the parties' stipulation as follows:

(1) The affidavits of Ms. Levine and David Caldevilla shall be considered representations made to this Court;

(2) Except in the context of carrying out and complying with the terms of the present stipulation, Ms. Levine shall not have any involvement or communications with anyone (whether at de la Parte & Gilbert, P.A. or otherwise) concerning any Raytheon matter, or any related matters;

(3) de la Parte & Gilbert, P.A. shall maintain an ongoing screening measure (a) prohibiting Ms. Levine from working on, or having any communications with anyone (whether at de la Parte & Gilbert, P.A. or otherwise) concerning any Raytheon matter, or any related matters, and (b) similarly prohibiting any of its employees from communicating with Ms. Levine about any Raytheon matter, or related matter; and

(4) Ms. Levine and/or de la Parte & Gilbert, P.A. shall immediately notify opposing counsel and the Court, in writing, of any change in circumstances or if de la Parte & Gilbert, P.A.'s screening of Ms. Levine is compromised in any way.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties' stipulation concerning Ms. Levine (Doc. # 19) is approved as specified above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of February, 2009.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record