UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN GALLIGAN,

    Plaintiffs,

v.                                CASE No. 8:08-CV-2427-T-33TGW

RAYTHEON COMPANY,

    Defendant.

_____

## REPORT AND RECOMMENDATION

This cause came on to be heard upon Plaintiff's Motion to Approve Case Management Plan (Doc. 30), and Defendant Raytheon Company's Cross-Motion for Entry of Case Management Order (Doc. 31). Those submissions differ significantly in terms of the schedule in this case, as well as matters relating to discovery.

The defendant, in particular, seeks to coordinate discovery with Sher v. Raytheon, Case No. 8:08-CV-889-T-33TGW. That certainly seems an appropriate goal and a schedule was prepared which attempts to accomplish that goal. In particular, it seemed to me that effort should be made so that deponents are not deposed twice in these two cases.

Accordingly, a schedule was developed that moves this case forward at a reasonable pace and would permit the avoidance of duplicate discovery.

It was noted at the hearing, however, that, if the <u>Sher</u> case should go off track due to the class action issue, the schedule in this case should nevertheless proceed. In addition to establishing a schedule at the hearing, rules were developed concerning discovery, again with the object of avoiding duplication. I will, in a separate Order, reflect those determinations. Accordingly, having heard from both sides at some length, I recommend the following schedule be incorporated into a case management and scheduling order:

1. Third-party claims, joinder of parties and amendments are due by September 4, 2009.

2. All fact discovery is to be completed by the parties on or before December 18, 2009.

3. The plaintiff shall disclose the identity of any experts and expert reports by December 18, 2009. The defendant may take the depositions of the plaintiff's experts by January 25, 2010. The defendant will disclose the identity of any expert witnesses and expert reports by February

24, 2010. The plaintiff may take the depositions of the defendant's experts by March 26, 2010. The plaintiff may file rebuttal expert reports by April 9, 2010. The defendant may depose experts submitting any rebuttal expert report by April 23, 2010, with respect to the rebuttal material.

    4. Any <u>Daubert</u> motions must be filed no later than May 21, 2010.

    5. Dispositive motions shall be filed on or before July 2, 2010. Responses to dispositive motions should be filed no later than July 16, 2010.

    6. The trial should be scheduled for the term beginning in November 2010, with a pre-trial conference on or about October 22, 2010. The plaintiff's estimated length of the trial is one week, while the defendant indicates it could be longer.

    Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: APRIL 13, 2009