UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN GALLIGAN,

       Plaintiff,

                     Case No. 8:08-cv-2427-T-33TGW

v.

RAYTHEON COMPANY,

       Defendant.

_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Thomas G. Wilson's report and recommendation (Doc. # 36), filed on April 15, 2009. In his report and recommendation, Judge Wilson addresses both the plaintiff's motion to approve case management plan (Doc. # 30), filed on March 25, 2009, as well as the defendant Raytheon Company's cross-motion for entry of case management order (Doc. # 31), filed on March 25, 2009.

**A.**    **Legal Standard**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v.</u>

-1-

Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

**B.   Report and Recommendation**

In his report and recommendation, Judge Wilson recommended that this Court dispose of both motions, which concern scheduling conflicts, by incorporating the following deadlines into the Court's Case Management and Scheduling Order:

1.   Third-party claims, joinder of parties, and amendments are due by September 4, 2009.

2.   All fact discovery is to be completed by the parties on or before December 18, 2009.

3.  The plaintiff shall disclose the identity of any experts and expert reports by December 18, 2009. The defendant may take the depositions of the plaintiff's experts by January 25, 2010. The defendant will disclose the identity of any expert witnesses and expert reports by February 24, 2010. The plaintiff may take the depositions of the defendant's experts by March 26, 2010. The plaintiff may file rebuttal expert reports by April 9, 2010. The defendant may depose experts submitting any rebuttal expert report by April 23, 2010, with respect to the rebuttal material.

4.  Any <u>Daubert</u> motions must be filed no later than May 21, 2010.

5.  Dispositive motions shall be filed on or before July 2, 2010. Responses to dispositive motions should be filed no later than July 16, 2010.

6.  The trial should be scheduled for the term beginning in November 2010, with a pre-trial conference on or about October 22, 2010.

Finding the deadlines proposed by Judge Wilson to be appropriate, and in the absence of any objections to the report and recommendation by the parties, this Court adopts

the report and recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Thomas G. Wilson's report and recommendation (Doc. # 36) is **ACCEPTED** and **ADOPTED.**

(2) The Clerk is directed to enter a Case Management and Scheduling Order incorporating the foregoing deadlines.

(3) The Clerk is directed to terminate both the plaintiff's motion to approve case management plan (Doc. # 30) and the defendant Raytheon Company's cross-motion for entry of case management order (Doc. # 31).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 5th day of May, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record